1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

COTCHETT, PITRE & McCARTHY
11   and SPILLER • McPROUD,

12              Appellants,                       Civ. No. S-10-0780 KJM

13        vs.

14   CWS ENTERPRISES, Inc., a California
     Corporation,
15
                Appellee,
16   _____/

17   In re
     CWS Enterprises, Inc., Debtor.               Civ. No. S-11-1833 WBS
18   ------------------------------------------------/   Bankr. Case No. 09-26849-C-11
     CWS Enterprises, Inc., by David
19   Flemmer, its Chapter 11 Trustee

20              Plaintiff,

21        vs.                                     NON-RELATED CASE ORDER

22   Friedberg & Parker, A Law
     Corporation,
23
                Defendant.
24
     ----------------------------------------------/
25   /////

26   /////

                                         1

1    The court has received the Notice of Related Cases concerning the above-

2 captioned cases filed July 13, 2011.  *See* Local Rule 123.  The court has determined, however,

3 that it is inappropriate to relate or reassign Civ. No. S-11-1833 WBS, and therefore declines to

4 do so.  This order is issued for informational purposes only, and shall have no effect on the status

5 of the cases, including any previous Related (or Non-Related) Case Order of this court.

6    IT IS SO ORDERED.

7 DATED:  August 9, 2011

8    _____
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26