UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FREIDBERG AND PARKER,

       Appellant,                 CIV. NO. 2:11-01833 WBS

vs.

DAVID FLEMMER, Chapter 11 Trustee, CWS ENTERPRISES, INC., and OFFICE OF THE U.S. TRUSTEE (SAC),

       Appellees.
_____/

FREIDBERG AND PARKER, A LAW CORPORATION,

       Appellant,                 CIV. NO. 2:11-02209 KJM

vs.

CWS ENTERPRISES, INC., DAVID D. FLEMMER, SARA L. KISTLER, and OFFICE OF THE U.S. TRUSTEE (SAC),

       Appellees.
_____/

----oo0oo----

       Examination of the above-entitled bankruptcy appeals reveals that these appeals are related within the meaning of Local Rule 123(a) because the appellant is the same in both appeals and the appeals arise out of the same bankruptcy case

1  and involve the same bank account.  Accordingly, the assignment
2  of the matters to the same judge is likely to effect a
3  substantial saving of judicial effort and is also likely to be
4  convenient for the parties.
5         The parties should be aware that relating the cases
6  under Local Rule 123 merely has the result that both actions are
7  assigned to the same judge; no consolidation of the actions is
8  effected.  Under the regular practice of this court, related
9  cases are generally assigned to the judge and magistrate to whom
10 the first filed action was assigned.
11        IT IS THEREFORE ORDERED that the actions denominated
12 <u>Freidberg & Parker v. Flemmer, et al.</u>, Civ. No. 2:11-01833 WBS
13 and <u>Freidberg & Parker v. CWS Enterprises, Inc., et al.</u>,
14 2:11-02209 KJM be, and the same hereby are, deemed related and
15 the case denominated <u>Freidberg & Parker v. CWS Enterprises,
16 Inc., et al.</u>, 2:11-02209 KJM, shall be reassigned to the
17 Honorable WILLIAM B. SHUBB for all further proceedings.  Any
18 dates currently set in the reassigned case <u>only</u> are hereby
19 VACATED.  Henceforth, the caption on documents filed in the
20 reassigned case shall be shown as <u>Freidberg & Parker v. CWS
21 Enterprises, Inc., et al.</u>, 2:11-02209 WBS.
22        IT IS FURTHER ORDERED that the Clerk of the Court
23 make appropriated adjustment in the assignment of civil cases to
24 compensate for this reassignment.
25 DATED:  August 24, 2011
26
27                     WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
28
                              2