UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FREIDBERG AND PARKER,

        Appellant,                CIV. NO. 2:11-01833 WBS

vs.

DAVID FLEMMER, Chapter 11 Trustee, CWS ENTERPRISES, INC., and OFFICE OF THE U.S. TRUSTEE (SAC),

        Appellees.
_____/

FREIDBERG AND PARKER, A LAW CORPORATION,

        Appellant,                CIV. NO. 2:11-02209 WBS

vs.

CWS ENTERPRISES, INC., DAVID D. FLEMMER, SARA L. KISTLER, and OFFICE OF THE U.S. TRUSTEE (SAC),

        Appellees.
_____/

----oo0oo----

        Trustee David Flemmer filed a Notice of Related Cases, requesting that the court relate an appeal to the above-captioned appeals.  Flemmer identified the appeal as "*In re CWS Enterprises, Inc.*, Case No. 09-26849-C-11 ('the August 30

1 | Appeal')". The court notes that a case with this number does
2 | not exist, nor is the numbering consistent with the case
3 | numbering in this district. The court will therefore not relate
4 | this unidentified appeal.
5 |     This Order is issued for informational purposes only
6 | and shall have no effect on the status of the cases, including
7 | any previous Related (or Non-Related) Case Order of this court.
8 |     IT IS SO ORDERED.
9 | DATED:  September 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE